## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  Warden-Superintendent:  Federal Medical Center (FMC) in Devens. 42 Patton Rd, Devens, MA 01434

YOU ARE COMMANDED to have the body of ___Sean Falzarano (USMS# 81065-510)___

now in your custody, before the United States District Court for the District of Massachusetts, United

States  Courthouse, 1 Courthouse Way, Courtroom No.___20___, on the ___7th___ floor, Boston,

Massachusetts on or before ___April 8, 2026___, at ___10:00___ AM.

for the purpose of ___MOTION  HEARING___

in the case of    UNITED STATES OF AMERICA V. ___Sean Falzarano (USMS# 81065-510)___

CR Number ___1:26-cv-11210-MJJ___

And you are to retain the body of said ___Sean Falzarano (USMS# 81065-510)___ while before

said Court upon said day and upon such other days thereafter as his attendance before said Court shall

be necessary, and as soon as may be thereafter to return said ___Sean Falzarano___ to the

institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had

not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your

doings herein.

Dated this ___2nd___ day of___APRIL 2026___.

___MYONG  J.  JOUN___
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

ROBERT M. FARRELL
CLERK OF COURT

By:___Steve York___
Deputy Clerk



Habeas Writ.wpd - 5/21/08